**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Kevin Wimes, Jr. v. State of Texas

Appellate case number:   01-14-00824-CR

Trial court case number: 1431168

Trial court:             339th District Court of Harris County

      Counsel for appellant filed a brief on May 11, 2014 that contains sensitive information as defined by Tex. R. App. P. 9.10(a)(3). Specifically, the brief identifies by name a minor victim of sexual assault. The brief also identifies other minors by name in violation of this rule.

      We **STRIKE** the brief. Counsel is **ORDERED** to refile, within 10 days of the date of this order, a compliant brief containing appropriate redactions and use of aliases.

      It is so ORDERED.

Judge's signature: /s/ Sherry Radack
                   ☑ Acting individually    ☐ Acting for the Court

Date: October 20, 2015